| Date | Pleading Number | |
|---|---|---|
| 1/2/73 | 1. | PLAINTIFF JOYCE G. LEWIN, ET AL. Motion for consolidation of four actions brief in support; complaints attached as exhibits; certificate of service; Schedule A SUGGESTED TRANSFEREE FORUM: W.D. WASHINGTON |
| 1/15/73 | 2 | BRONSON, BRYSON, FAEGRE, FIENUP, FLOTRON, MOORMAN, OSGOOD, PILLSBURY SMYTH TEMPLETON AND TITCOMB defendants in Lewin, et al. response to motion w/cert. of service |
| 1/15/73 | 3 | ANDERSON & Co. response XXXXXXXXXXXX to motion w/cert of service. |
| 1/16/73 | 4 | Response and Memorandum of Boise Cascade Corp., Hansberger, Fery, Clute, Agee, Moser, O'Neill, Weston and Halladay in opposition to motion w/cert of service. |
| 1/18/73 | 5 | CHRONICLE PLUBISHING CO. response to motion to transfer w/cert. of servic |
| 1/22/73 | 6 | WESTERN DISTRICT OF WASHINGTON (Consolidated Actions) plaintiffs response to motion (Tribune Publishing Co., McClatchy Newspapers, et al.) w/cert of service) |
| 1/23/73 | 7 | JOYCE G. LEWIN, ET AL. REPLY TO DEFENDANTS Responses and Briefs w/cert. of service |
| 2/6/73 | | HEARING ORDER - Set A-1 through A-4 for hearing, Wash., D.C. Feb. 23, 1973, Notified counsel, involved judges. |
| 9/7/73 | | CONSENT OF CHIEF JUDGE GOODWIN FOR JUDGE SHARP TO HANDLE LITIGATION PURSUANT TO 28 U.S.C. §1407 |
| 9/7/73 | | OPINION AND ORDER consolidating A-1 through A-4 in the W.D. Washington for assignment to Judge Morrell E. Sharp. for coordinated or consolidated pretrial proceedings. |

## Description of Litigation

### IN RE BOISE CASCADE SECURITIES LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 2/23/73

Date(s) of Opinion(s) or Order(s): 9/7/73

Consolidation Ordered: xx    Name of Transferee Judge: MORELL E. SHARP

Consolidation Denied: ___    Transferee District: W.D. WASHINGTON (981)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Tribune Publishing Co., etc. v. Boise Cascade Corp., et al. | W.D.Wash. Sharp | 402-72 C2 | NT | | 8/18/77 | |
| A-2 | The Chronicle Publishing Co., etc. v. Boise Cascade Corp., et al. | W.D.Wash. Sharp | 705-72 C2 | NT | | 8/21/77 | |
| A-3 | McClatchy Newspapers, etc. v. Boise Cascade Corp., et al. | W.D.Wash. Sharp | 704-72 C2 | NT | | 8/21/77 | |
| A-4 | Joyce G. Lewin, et al. v. Boise Cascade, Corp., et al. | E.D.Mo. ~~Hunter~~ WANGELIN | 72C 686(4) | 9/7/73 | 363 73C2 | 8/18/77 | |
| XYZ-1 | Longview Publishing Co., et al. v. Boise Cascade Corp., et al. | W.D.Wash | C74-347S | | | 8/18/77 | J. Sharp's Order 10/17/74 |
| XYZ-2 | Statesman-Journal Co., Inc. v. Boise Cascade Corp., et al. | W.D.Wash Sharp | C74-476-S | | | 8/18/77 | |

*all pending verified July 1976*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DESCRIPTION OF LITIGATION

DOCKET NO. 128 -- IN RE BOISE CASCADE SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Joseph H. Trethewey, Esquire<br>Trethewey & Brink<br>1418 IBM Building<br>Seattle, Washington 98101 | JAMES D. BRONSON<br>JAMES E. BRYSON<br>ROBERT FAEGRE<br>WILBUR G. FIENUP<br>G. D. FLOTRON<br>GILBERT H. OSGOOD |
| A-2 | Carl G. Koch, Esquire<br>~~Floyd E. Newland, Esquire~~<br>Karr, Tuttle, Koch, Campbell, Mawer & Morrow<br>2600 Seafirst Building<br>Seattle, Washington 98154 | JOHN S. PILLSBURY, JR.<br>THEODORE H. SMYTH<br>HALL TEMPLETON<br>E. R. TITCOMB    (above in 3 Seattle ca)<br>EUGENE E. BLOCK<br>S. deJ. OSBORNE<br>CHARLES K. RIEGER<br>J. L. WEINER |
| A-3 | Same as A-1 (Trethewey) | LEO D. WELCH   (Chronicle case)<br>   J. Paul Coie, Esquire<br>   ~~Charles C. Gordon, Esquire~~<br>   Perkins, Coie, Stone, Olsen & Williams<br>   1900 Washington Building<br>   Seattle, Washington 98101 |
| A-4 | Thomas M. Carney, Esquire<br>Husch, Eppenberger, Donohue, Elson & Cornfeld<br>7 North Seventh Street<br>St. Louis, Mo. 63101<br>   (MOVANT -- (314) 231-6101) | ARTHUR ANDERSON & CO.<br>   Ronald E. McKinstry, Esq.    (*)<br>   Bogle, Gates, Dobrin, Wakefield & Long<br>   14th Floor, Norton Building<br>   Seattle, Washington 98104<br><br>BOISE CASCADE CORP.<br>   William Wesselhoeft, Esquire   (*)<br>   Ferguson and Burdell<br>   929 Logan Building<br>   Seattle, Washington 98101<br><br>         (*) Added at the direction of Judge Sharp.<br><br>ARTHUR ANDERSEN & CO.  (in Lewin case)<br>   Robert S. Allen, Esquire<br>   Lewis, Rice, Tucker, Allen & Chubb<br>   611 Olive St., Suite 1555<br>   St. Louis, Missouri 63101 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | ~~JAMES D. BRONSON~~ |
| | | ~~JAMES BRYSON~~ |
| | | ~~ROBERT FAEGRE~~ |
| | | ~~WILBUR C. FIENUP~~ |
| | | ~~G. D. FLOTRON~~ |
| | | ALBERT J. MOORMAN, JR. |
| | | ~~GILBERT H. OSGOOD~~ |
| | | ~~JOHN S. PILLSBURY, JR.~~ |
| | | ~~THEODORE H. SMYTH~~ |
| | | ~~HALL TEMPLETON~~ |
| | | ~~E. R. TITCOMB~~   (in Lewin case) |
| | | R. H. McRoberts, Esquire |
| | | Veryl L. Riddle, Esquire |
| | | Bryan, Cave, McPheeters & McRoberts |
| | | 500 North Broadway |
| | | St. Louis, Missouri  63102 |
| | | |
| | | BOISE CASCADE CORP. |
| | | PETER S. O"NEIL |
| | | ROBERT J. WESTON |
| | | JOHN B. FERY |
| | | R. W. HALLIDAY |
| | | R. V. HANSBERGER |
| | | STEPHEN B. MOSER   (in Lewin case) |
| | | J. J. Cole, Esquire |
| | | Donald U. Beimdiek, Esquire |
| | | Thomas E. Wack, Esquire |
| | | Armstrong, Teasdale, Kramer & Vaughan |
| | | 611 Olive Street, Suite 1950 |
| | | St. Louis, Missouri  63101 |
| | | |
| | | BOISE CASCADE CORPORATION |
| | | ROBERT V. HANSBERGER |
| | | JOHN B. FERY |
| | | JOHN E. CLUTE |
| | | WILLIAM M. AGEE |
| | | STEPHEN B. MOSER |
| | | PETER S. O'NEIL |
| | | ROBERT J. WESTON |
| | | R. W. HALLIDAY, JR. |
| | | Francis J. Higgins, Esquire |
| | | Bell, Boyd, Lloyd, Haddad & Burns |
| | | 135 South LaSalle Street |
| | | Chicago, Illinois  60603 |

| No. | Plaintiff | Defendant |
|---|---|---|

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 128 -- IN RE BOISE CASCADE SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Boise Cascade Corp. | ✓✓ A-1; A-2; A-3; A-4 |
| Arthur Andersen & Co. | ✓✓ A-1; A-2; A-3; A-4 |
| R. V. Hansberger | ✓✓ A-1; A-2; A-3; A-4 |
| John B. Fery | ✓✓ A-1; A-2; A-3; A-4 |
| John E. Clute | ✓ A-1; A-2; A-3 |
| William M. Agee | ✓ A-1; A-2; A-3 |
| Stephen B. Moser | ✓✓ A-1; A-2; A-3; A-4 |
| James D. Bronson | ✓✓ A-1; A-2; A-4 |
| James. E. Bryson | ✓✓ A-1; A-2; A-4 |
| Robert Faegre | ✓✓ A-1; A-2; A-3; A-4 |

p. _____

| | |
|---|---|
| Wilbur G. Fienup | A-1; A-2; A-3; A-4 |
| G. D. Flotron | A-1; A-2; A-3; A-4 |
| Gilbert H. Osgood | A-1; A-2; A-3; A-4 |
| John S. Pillsbury, Jr. | A-1; A-2; A-3; A-4 |
| Theodore H. Smyth | A-1; A-3; A-4 |
| Hall Templeton | A-1; A-2; A-3; A-4 |
| E. R. Titcomb | A-1; A-2; A-3; A-4 |
| Frederick L. Deming | A-1 |
| Eugene R. Black | A-2 |
| S. deJ. Osborne | A-2 |
| Charles K. Rieger | A-2 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __128__ -- __IN RE BOISE CASCADE SECURITIES LITIGATION__

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| J. L. Weiner ✓ | A-2 |
| Leo D. Welch ✓ | A-2 |
| Peter S. O'Neil ✓ | A-4 |
| Robert J. Weston ✓ | A-4 |
| R. W. Halliday ✓ | A-4 |
| Albert J. Moorman, Jr. ✓ | A-4 |
| | |
| | |
| | |
| | |